ADRIA L. WILLIAMS, former wife,

        Appellant,

v.

DAVID E. RADFORD, former husband,

        Appellee.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-4873

Opinion filed July 21, 2014.

An appeal from the Circuit Court for Escambia County.
Thomas R. Santurri, Judge.

Lanell Williams-Yulee, Tampa, for Appellant.

Caryn A. Van Matre of Caryn A. Van Matre, P.A., Pensacola, for Appellee.

PER CURIAM.

        AFFIRMED.

WOLF, PADOVANO, and RAY, JJ., CONCUR.